**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, )<br>) | CR 05-605-1-PCT-VAM<br>P0417033/A107 |
| Plaintiff, )<br>) | |
| vs. )<br>) | |
| Terrance Yazzie, ) | **ORDER** |
| Defendant. )<br>) | |

A detention hearing and a preliminary revocation hearing on the Petition on Probation were held on May 26, 2006.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a preliminary revocation hearing.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the public. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 31st day of May, 2006.

Lawrence O. Anderson
United States Magistrate Judge